IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLIAM McALPIN, SR. and
GWENA McCALPIN, on behalf of
William Christopher McAlpin, II,
Deceased                                                                                    PLAINTIFFS

v.                                                         CIVIL ACTION NO. 1:15-cv-00162-GHD-DAS

AMERICAN HARDWOODS INDUSTRIES, LLC;
GRAHAM LUMBER COMPANY, LLC;
AUGUST LUMBER, LLC; and
JOHN DOES 1–5, jointly and severally                                                        DEFENDANTS

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION TO STAY

Pursuant to an opinion issued this day, the Court hereby ORDERS the following:

(1) Defendants' motion to dismiss [3] is DENIED; and

(2) Plaintiffs' motion to stay [13] is DENIED.

SO ORDERED, this, the 16th day of March, 2016.

_____
SENIOR U.S. DISTRICT COURT JUDGE