IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLIAM McCALPIN, SR. and
GWENA McCALPIN, on behalf of
William Christopher McCalpin, II,
Deceased                                                                    PLAINTIFFS

v.                                         CIVIL ACTION NO. 1:15-cv-00162-GHD-DAS

AMERICAN HARDWOODS INDUSTRIES, LLC;
GRAHAM LUMBER COMPANY, LLC;
AUGUST LUMBER, LLC; and
JOHN DOES 1–5, jointly and severally                                    DEFENDANTS

## ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION AND DISMISSING THE CASE

Pursuant to an opinion issued this day, presently before the Court is Defendants' motion

for reconsideration [32] of this Court's March 17, 2016 Order [25] and memorandum opinion

[26] declining to dismiss this case pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure.  For the reasons expressed in the aforestated opinion, the Court ORDERS that

Defendants' motion for reconsideration [32] is GRANTED, and this case is DISMISSED.

SO ORDERED, this, the ___2___ day of June, 2016.

_____
SENIOR U.S. DISTRICT COURT JUDGE